UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


United States of America,
        Plaintiff


        v.

                                        Case No.  10-cr-27-01-SM


Peter Santulli,
        Defendant


O R D E R


Defendant Santulli's  motion to continue the final pretrial conference and

trial is granted  (document no. 14).   Trial has been rescheduled for the

November  2010 trial period.   Defendant Santulli shall file a waiver of speedy

trial rights not later than September 20, 2010.   On filing of such waiver,  his

continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance

outweigh the best interest of the public and the defendant in a speedy trial,

18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would

unreasonably deny the defendant the reasonable time necessary for effective

preparation taking into account the exercise of due diligence under the

circumstances.

Final Pretrial Conference is rescheduled for November 2, 2010 at

3;30  p.m.

Jury selection will take place on November 9, 2010  at 9:30 a.m.

SO ORDERED.

Steven J. McAuliffe
Chief Judge

September 9, 2010

cc:    Mark Sisti, Esq.
       Helen Fitzgibbon, AUSA
       U.S. Marshal
       U.S. Probation