UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>,
    Plaintiff

    v.

Case No.  10-cr-27-01-SM

<u>Peter Santulli,</u>
    Defendant

O R D E R

Defendant Santulli's motion to continue the final pretrial conference and trial is granted (document no. 17). Trial has been rescheduled for the December 2010 trial period. Defendant Santulli shall file a waiver of speedy trial rights not later than November 12, 2010. On filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for November 30, 2010 at 11:00 a.m.

Jury selection will take place on December 7, 2010 at 9:30 a.m.

SO ORDERED.

                                          Steven J. McAuliffe
                                          Chief Judge

November 2, 2010

cc:   Mark Sisti, Esq.
       Helen Fitzgibbon, AUSA
       U.S. Marshal
       U.S. Probation