UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


United States of America,
    Plaintiff

    v.

                                 Case No.  10-cr-27-01-SM

Peter Santulli,
    Defendant


O R D E R


Defendant Santulli's motion to continue the final pretrial conference and trial is granted (document no. 20). Trial has been rescheduled for the January 2011 trial period. Defendant Santulli shall file a waiver of speedy trial rights not later than December 3, 2010. On filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Change of Plea Hearing is scheduled for December 17, 2010 at 2:00 p.m.

Final Pretrial Conference, if necessary, is rescheduled for January 7, 2011 at 2:00 p.m.

Jury selection, if necessary, will take place on January 19, 2011 at 9:30 a.m.

SO ORDERED.

_/s/ Steven J. McAuliffe_
Steven J. McAuliffe
Chief Judge

November 24, 2010

cc: Mark Sisti, Esq.
    Helen Fitzgibbon, AUSA
    U.S. Marshal
    U.S. Probation